UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR AGUIAR,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>RAYMOND MADDEN,<br><br>　　　　　Respondent. | No. 1:18-cv-01056-SKO HC<br><br>**ORDER DENYING MOTION TO PROCEED** *IN FORMA PAUPERIS* **AS MOOT**<br><br>**(Doc. 7)** |

On August 17, 2018, Petitioner, Oscar Aguiar, filed a motion to proceed *in forma pauperis*. Because the Court already granted Petitioner leave to proceed *in forma pauperis* on August 8, 2018, the motion is DENIED as moot.

IT IS SO ORDERED.

Dated: __**August 24, 2018**__ 　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1