UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR AGUIAR,<br><br>          Petitioner,<br><br>    v.<br><br>RAYMOND MADDEN,<br><br>          Respondent. | No. 1:18-cv-01056-SKO HC<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITH LEAVE TO AMEND**<br><br>**(Doc. 1)** |

**SCREENING ORDER**

Petitioner, Oscar Aguiar, is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

**I.**    <u>**Preliminary Screening**</u>

Rule 4 of the Rules Governing § 2254 Cases requires the Court to conduct a preliminary review of each petition for writ of habeas corpus. The Court must dismiss a petition "[i]f it plainly appears from the petition . . . that the petitioner is not entitled to relief." Rule 4 of the Rules Governing 2254 Cases; *see also Hendricks v. Vasquez*, 908 F.2d 490, 491 (9th Cir. 1990). A petition for habeas corpus should not be dismissed without leave to amend unless it appears that no tenable claim for relief can be pleaded were such leave to be granted. *Jarvis v. Nelson*, 440 F.2d

13, 14 (9th Cir. 1971).

**II.     Procedural and Factual Background**

Petitioner filed his petition on July 25, 2018, in the Central District of California and was transferred to this district on August 8, 2018. Petitioner did not fill out the petition, but attached a letter addressed to the Court, written in Spanish. The Court does not accept letters. All submissions must be styled as petitions or motion. Further, all documents filed with the Court must be written in English.

**III.    Conclusion and Order**

The Court hereby ORDERS:

1. The petition for writ of habeas corpus shall be dismissed with leave to amend.
2. The Clerk's Office shall send Petitioner a copy of this order and a form for a Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody.
3. Within thirty (30) days of service of this order, Petitioner may file an amended petition. Petitioner shall fully complete the form for the amended petition, including all claims and the facts supporting each claim in English.
4. If Plaintiff fails to file an amended petition within thirty (30) days from the date of service of this order, the Court will recommend the action be dismissed, with prejudice, for failure to obey a court order.

IT IS SO ORDERED.

Dated:  **August 24, 2018**                                /s/ *Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE