UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR AGUIAR,<br><br>   Petitioner,<br><br>   v.<br><br>RAYMOND MADDEN,<br><br>   Respondent. | No. 1:18-cv-01056-LJO-SKO (HC)<br><br>**ORDER DENYING PETITIONER'S<br>MOTION TO TRANSLATE DOCUMENTS** |

Petitioner, Oscar Aguiar, is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 31, 2018, Petitioner filed a motion requesting all documents from the Court be translated into Spanish. (Doc. 11.)

The Court hereby DENIES Petitioner's motion to translate documents. Petitioner is informed that all federal court filings must be in English and the Court cannot provide Petitioner with translated documents. Respondent Madden likewise is not obligated to provide translation services for Petitioner.

IT IS SO ORDERED.

Dated: __**September 6, 2018**__          /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE

1