UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR AGUIAR,<br><br>  Petitioner,<br><br>  v.<br><br>RAYMOND MADDEN,<br><br>  Respondent. | No. 1:18-cv-01056-LJO-SKO (HC)<br><br>**ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>**(Doc. 10)** |

Petitioner, Oscar Aguiar, is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 27, 2018, the undersigned dismissed Petitioner's petition for writ of habeas corpus with leave to amend. Petitioner was given 30 days to file an amended petition. Although the time provided for the filing of the amended petition for writ of habeas corpus has now passed, Petitioner has failed to an amended petition.

The Court has discretion to impose any and all sanctions authorized by statute or rule or within the inherent power of the Court, including dismissing the action, based on a petitioner's failure to comply with a court order. Fed. R. Civ. P. 11; Local R. 110.

1

Accordingly, the Court hereby orders that:

1. Within **fifteen (15) days** from the date of service of this order, Petitioner shall file a written response to the Court, showing cause why the petition should not be dismissed for Petitioner's failure to obey the Court's order filed August 27, 2018. Submission of the amended petition for writ of habeas corpus within the fifteen-day-period shall be deemed compliance with this requirement.

2. The Clerk of Court shall mail a copy of this order to Petitioner's address, along with a copy of the Court's August 27, 2018, order (Doc. 10).

3. Petitioner's failure to comply with this order to show cause will result in the undersigned's recommending that the Court dismiss this action.

IT IS SO ORDERED.

Dated: **October 10, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE